IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL LARENZO DOUGLAS                                                    PETITIONER

VS.                                      CASE NO. 1:13-CV-1086

RAY HOBBS, Director,
Arkansas Department of Corrections                                         RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed May 2, 2014, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 12).

Judge Bryant recommends that Petitioner's Petition for Writ of a *Habeas Corpus* pursuant to 28

U.S.C. § 2254 (ECF No. 1) be dismissed with prejudice as time barred.  Petitioner has filed

objections to the Report and Recommendation.  (ECF No. 13).

After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and

Recommendation as its own.  Petitioner's objections to the Report and Recommendation make the

same arguments found in Petitioner's  reply in support of his Petition.  (ECF No. 10).  These

arguments have been fully and adequately addressed in Judge Bryant's Report and Recommendation.

Accordingly, the Court overrules Petitioner's objections and adopts Judge Bryant's Report and

Recommendation.  For the reasons stated herein and above, as well as those contained in the Report

and Recommendation, Petitioner's Petition for Writ of a *Habeas Corpus* (ECF No. 1) is hereby

**DENIED WITH PREJUDICE**.

     **IT IS SO ORDERED**, this 11th day of August, 2014.


                                             /s/ Susan O. Hickey
                                             Susan O. Hickey
                                             United States District Judge