IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL LARENZO DOUGLAS                                                        PETITIONER

VS.                                    CASE NO. 1:13-CV-1086

RAY HOBBS, Director,
Arkansas Department of Corrections                                              RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed January 27, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 19). Judge Bryant recommends that Petitioner's Motion to Amend (ECF No. 14) be denied. Judge Bryant further recommends that Petitioner's Motion for Certificate of Appealability (ECF No. 14) be denied.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Petitioner's Motion to Amend (ECF No. 14) and Motion for Certificate of Appealability (ECF No. 17) should be and hereby are **DENIED**.

**IT IS SO ORDERED**, this 17th day of February, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge